IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

(1) MARTA SANZALONE, an individual, )
)
                      Plaintiff, )
)
vs. )   Case No. 16-CV-366-JED-FHM
)
(1) STATE FARM MUTUAL AUTOMOBILE )
INSURANCE COMPANY, a foreign for )
profit corporation, )
)
                      Defendant. )

### STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, by and through her attorney of record, Donald E. Smolen, II, and Defendant's counsel, John S. Gladd and Andrew G. Wakeman, and would show the Court that this matter has been compromised and settled and, therefore, moves the Court for an Order of Dismissal With Prejudice.

Respectfully submitted,

/s/ Donald E. Smolen, II
Donald E. Smolen, II
SMOLEN, SMOLEN & ROYTMAN
701 South Cincinnati Avenue
Tulsa, Oklahoma 74119
*Attorney for Plaintiff*

/s/ John S. Gladd
John S. Gladd, OBA #12307
Andrew G. Wakeman, OBA #21393
525 South Main Street, Suite 1500
Tulsa, Oklahoma 74103-4524
Telephone: (918) 582-8877
Facsimile: (918) 585-8096
*Attorneys for Defendant SFMAIC*